# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ALLEN RAY ANDERSON, JR.**                                                         **PLAINTIFF**

V.                     **CASE NO. 4:19-cv-361-BRW-BD**

**RICHARD JACKSON,** *et al*.                                                        **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Anderson's claims against the Pulaski County Detention Facility are DISMISSED, without prejudice.

IT IS SO ORDERED, this 27th day of June, 2019.

                                                                                 /s/ Billy Roy Wilson_____
                                                                                 UNITED STATES DISTRICT JUDGE