IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLEN RAY ANDERSON, JR.**                                                 **PLAINTIFF**

**V.**                      **CASE NO. 4:19-CV-361-BRW-BD**

**RICHARD JACKSON**, *et al*.                                        **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation and the record, I approve and adopt the Recommendation in all respects.

Mr. Anderson's claims against Defendant Jackson in his official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED, this 24th day of September, 2019.

                                                     Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE