IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLEN RAY ANDERSON, JR.**                                                     **PLAINTIFF**

**V.**                    **CASE NO. 4:19-CV-361-BRW-BD**

**RICHARD JACKSON,** *et al.*                                                   **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.**      **Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Billy Roy Wilson. Any party may file objections; but to be considered, objections must be filed with the Court Clerk within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion**

Plaintiff Allen Ray Anderson filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. He is proceeding *in forma pauperis*. (Docket entry #2, #5) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address so that the Court and other parties can communicate with them. Local Rule 5.5.

On October 2, 2019, Mr. Anderson was given 30 days to notify the Court of his new address, after mail sent to him from the Court was returned as undeliverable. (#28) The Court specifically cautioned Mr. Anderson that his claims could be dismissed if he failed to comply with the Order. (#28) To date, Mr. Anderson has failed to update his address, as required, and the time allowed for doing so has passed.

### III.   Conclusion

The Court recommends that Mr. Anderson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 2, 2019 Order.

DATED this 6th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE