IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN RAY ANDERSON, JR.**   **PLAINTIFF**

V.   CASE NO. 4:19-cv-361-BRW-BD

**RICHARD JACKSON,** *et al*.   **DEFENDANTS**

## ORDER

I have received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, it is approved and adopted in all respects.

Mr. Anderson's claims are DISMISSED, without prejudice, based on his failure to comply with the October 2, 2019 Order.

IT IS SO ORDERED, this 5th day of December, 2019.

    Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE