# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALLEN RAY ANDERSON, JR.**                                                                 **PLAINTIFF**

**V.**                    **CASE NO. 4:19-cv-361-BRW-BD**

**RICHARD JACKSON,** *et al.*                                                               **DEFENDANTS**

## **JUDGMENT**

Based on the Order that was entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of December, 2019.

                                            Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE